(No. 6107—

MICHAEL A. BOWDEN, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

263

*Opinion filed August 30, 1971.*

MICHAEL A. BOWDEN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.